# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR163 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAZMIN CERNA, | ) | |
| DANIEL CERNA, | ) | |
| ADAM SALINAS TREVINO, | ) | |
| DANIEL LEE WALKER and | ) | |
| CLEO JO WALKER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the oral request of defendant Jazmin Cerna for additional time to file pretrial motions. The oral motion was made at the time of the revocation of release hearing on June 27, 2005. The request was granted as to Jazmin Cerna, and Jazmin Cerna was given to July 7, 2005, in which to file pretrial motions. The additional **time** arising as a result of the granting of the request, i.e., the time between Cerna's original motion deadline, **May 23, 2005, and July 7, 2005,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that all pending pretrial motions in this matter **by any defendant** shall be heard at an evidentiary hearing before the undersigned magistrate judge **at 3:00 p.m. on July 18, 2005**, in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. All defendants who have motions then pending shall be present for such hearing.

DATED this 27th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge